UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mary G. Yang,   Case No.: 0:15-cv-01514 ADM/TNL

    Plaintiff,

v.

Farmers New World Life Insurance Company,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Joint Stipulation for Dismissal with Prejudice [Doc. 83], and being fully advised in the premise and good cause shown therefor, HEREBY ORDERS that:

This case is dismissed WITH PREJUDICE, without costs to any party.

DONE and ENTERED this 28th day of March, 2019.

                BY THE COURT:

                <u>s/Ann D. Montgomery</u>
                Ann D. Montgomery
                United States District Judge